IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-rj-00020-MEH

SFG COMMERCIAL AIRCRAFT LEASING, INC.,

    Plaintiff,

v.

EQUITY AVIATION SERVICES LLC,
EQUITY MARKETING SERVICES INC.,
HERBERT P. EMMERMAN, and
CHERYL BANCROFT,

    Defendants.

## ORDER

The Motion for Order Authorizing (A) Withdrawal of Annie C. Howe as Counsel of Record for SFG Commercial Aircraft Leasing, Inc. and (B) Substitution of Counsel [filed August 30, 2011; docket #6] is **granted**. Ms. Howe's representation of the Plaintiff is terminated. The Plaintiff will continue to be represented by Thomas Bissell of Markus Williams Young & Zimmerman LLC.

It is so ORDERED and entered this 18th day of October, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge